{¶ 1} On December 30, 2016, on the authority of State v. Gonzales, 150 Ohio St.3d 261, 2016-Ohio-8319, 81 N.E.3d 405 (“Gonzales I ”), this court reversed the judgment of the court of appeals and remanded this cause to the trial court for further proceedings. 150 Ohio St.3d 564, 2016-Ohio-8471, 84 N.E.3d 1002.
{¶ 2} On February 7, 2017, we granted the state’s motion for reconsideration in Gonzales I, vacated our decision in that case, and reversed the judgment of the Sixth District Court of Appeals. State v. Gonzales, 150 Ohio St.3d 276, 2017-Ohio-777, 81 N.E.3d 419, ¶ 3 (“Gonzales II ”).
{¶ 3} Appellee, the state of Ohio, has moved for reconsideration in this cause. The motion for reconsideration is granted. The judgment of the court of appeals is affirmed on the authority of Gonzales II.
O’Connor, C.J., and O’Donnell, French, and DeWine, JJ., concur.
Fischer, J., concurs in part and dissents in part, with an opinion.
Kennedy, J., dissents, with an opinion.
O’Neill, J., dissents for the reasons stated in his dissenting opinion in State v. Gonzales, 150 Ohio St.3d 276, 2017-Ohio-777, 81 N.E.3d 419, ¶ 73-78.